In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening and Extending of Delancey Street.

LUCIUS H. BEERS et al., as Trustees under the Will of ROBERT R. STUYVESANT, Deceased, Appellants.

*Matter of City of New York (Delancey Street),* 136 App. Div. 546, affirmed. (Submitted June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1910, which affirmed an order of the Special Term denying a motion for an order directing payment of interest upon an award made in the above-entitled proceeding.

*Henry de Forest Baldwin* for appellants.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly, Joel J. Squier* and *George E. Draper* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.